UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAWRENCE GAMBELLA,

              Plaintiff,                              NOTICE OF
                                                          DISMISSAL

          -against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION     Docket No. 07CV-5982 (DLC)
f/k/a THE BOARD OF EDUCATION OF THE SCHOOL
DISTRICT OF THE CITY OF NEW YORK
and THE SPECIAL COMMISSIONER OF
INVESTIGATION FOR THE NEW YORK CITY SCHOOL
DISTRICT,

              Defendants.

---

       PLEASE TAKE NOTICE, that pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure, plaintiff hereby voluntary dismisses this action.

Dated: New York, NY
       September 26, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07
```

                                                    JAMES R. SANDNER
                                                    Attorney for Plaintiff Lawrence Gambella
                                                    Office & PO Address
                                                    52 Broadway - 9th Floor
                                                    New York, NY 10004

_____
LAWRENCE GAMBELLA
Plaintff                                    By:   _____
                                                          STEVEN A. FRIEDMAN
                                                          Associate Counsel

SO ORDERED:

LEGAL-NYC:110764.1

_____
U.S.D.J.
Sep. 28, 2007

## CERTIFICATE OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

SITA BEUTIN, being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age and on September 27, 2007, I served one (1) copy of the annexed NOTICE OF DISMISSAL in the following manner:

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

> Christopher A. Seacord, Esq.
> Assistant Corporation Counsel
> Corporation Counsel of the City of New York
> 100 Church Street, Rm. 2-316
> New York, New York 10007

                                                                SITA BEUTIN

Sworn to before me this
27th day of September, 2007

NOTARY PUBLIC

JO ANN VALLE-GONZALEZ
NOTARY PUBLIC, State of New York
No. 4872507
Qualified in Queens County
Commission Expires 9/8/2010

.NYC-Legal:110836